UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 02-2587 |
| W. CRAIG KENNEY, | ) |
| Defendant. | ) |

ORDER

Upon consideration of Plaintiff's Motion for Temporary Restraining Order, and any opposition thereto, the Court this 6th day of August, 2002, hereby finds:

1) that the defendant W. Craig Kenney is publishing on the website www.conti-fairbanks.com confidential information of plaintiff Fairbanks Capital Corp. that was not intended for disclosure and should not have been disclosed to defendant;

2) that the information published by defendant constitutes protected trade secrets;

3) that plaintiff Fairbanks Capital Corp. is being harmed by the disclosure of the confidential information;

4) that defendant W. Craig Kenney would not be harmed if a restraining order were entered;

5) that plaintiff Fairbanks Capital Corp. would likely succeed on the merits; and

6) it is in the public interest for a restraining order to be entered; and it is therefore,

ORDERED, that the Application for Temporary Restraining Order be, and it is hereby, granted; and it is further

- 2 -

ORDERED, that the defendant W. Craig Kenney delete any and all financial statements of Fairbanks Capital Corp. from www.Conti-Fairbanks.com or any other website he owns or controls; and it is further

ORDERED, that the defendant W. Craig Kenney be, and is hereby, restrained from any further publication of any financial statements of plaintiff Fairbanks Capital Corp.; and it is further

ORDERED, that the defendant W. Craig Kenney return all financial information, and copies of such information, to Fairbanks Capital Corp. within twenty-four (24) hours; and it is further

ORDERED, that the defendant W. Craig Kenney identify all recipients whom he provided the financial statement of Fairbanks Capital Corp. within twenty-four (24) hours.

_____
Judge

Copies to:

Frederick W. Chockley
Gary Rinkerman
Mark I. Bailen
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036
(202) 861-1500


Barton J. Sidle, Esq.
401 Washington Avenue, Suite 406
Towson, Maryland 21204
(410) 821-6014