UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 02-2587 (AMD) |
| ) | |
| W. CRAIG KENNEY, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the Consent Motion to Extend Temporary Restraining Order, it is this ___ of August,

ORDERED, that the Consent Motion to Extend Temporary Restraining Order be, and it is hereby, granted; and it is further

ORDERED, that the Temporary Restraining Order entered in this matter on August 6, 2002, shall remain in full force and effect and Defendant is restrained from disseminating any information obtained from the Plaintiff's financial statements until further order of this Court.

_____
Judge

Copies to:

Frederick W. Chockley
Gary Rinkerman
Mark I. Bailen
Baker & Hostetler LLP
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036

Barton J. Sidle, Esq.
401 Washington Avenue, Suite 406
Towson, Maryland 21204