ORIGINAL

$50 FEE PAID
# 118585 86
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP. | * | |
| Plaintiffs | * | AMD 02-2587 |
| vs. | * | CASE NO.: AMD CV 2587 |
| W. CRAIG KENNEY | * | |
| Defendant | * | SEP 18 2002 |

\* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Barton J. Sidle, am a member in good standing of the bar of this Court. My bar number is 09315. I am moving the admission of Peter B. Langbord to appear *pro hac vice* in this case as counsel for Defendant.

We certify that:

1. The proposed admittee is a member in good standing of the bar of the State of California since 1989.

2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned Movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.**

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Barton J. Sidle, Esquire | Peter B. Langbord, Esquire |
| 401 Washington Avenue | Lynberg & Watkins |
| Suite 406 | 888 South Figueroa Street |
| Towson, Maryland 21204 | Sixteenth Floor |
| (410) 821-6014 | Los Angeles, California 90017 |
| (410) 296-7445 (fax) | (213) 624-8700 |
| Bar No.: 09315 | (213) 892-2763 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of September 2002, a copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed, postage prepaid to:

Frederick W. Chockley, Esquire
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Attorney for Plaintiff

Barton J. Sidle, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP. | * | |
| Plaintiffs | * | |
| vs. | * | CASE NO.: AMD CV 2587 |
| W. CRAIG KENNEY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

It is this 20th day of September, 2002, by the United States District Court for the District of Maryland;

ORDERED, that Peter B. Langbord is admitted specially for the limited purpose of appearing and participating in this case as co-counsel for Defendant.

Felicia C. Cannon

by _____

**Clerk, United States District Court**

cc: Barton J. Sidle, Esquire
401 Washington Avenue
Suite 406
Towson, Maryland 21204

Frederick W. Chockley, Esquire
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

Peter B. Langbord, Esquire
Lynberg & Watkins
888 South Figeroua Street
Sixteenth Floor
Los Angeles, California 90017