UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

FAIRBANKS CAPITAL CORP.,          )
                                  )
           Plaintiff,             )
                                  )
v.                                )   Civil Action No. AMD02CV2587
                                  )
W. CRAIG KENNEY,                  )
                                  )
           Defendant.             )

## ORDER

(Paper #17)

The Court, having considered Plaintiff's Motion for Leave to File Surreply, and any opposition thereto, it is this 16th day of Dec., 2002

ORDERED, that the Motion be, and it is hereby, GRANTED; and

ORDERED, that the Surreply, attached to Plaintiff's Motion for Leave to File Surreply as Exhibit A, is deemed filed as of the date of this Order.

_____
Judge