UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| FAIRBANKS CAPITAL CORP.,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. AMD02CV2587 |
| ) | |
| W. CRAIG KENNEY, et al.,   ) | |
| ) | |
| Defendants.   ) | |

MOTION TO STRIKE DEFENDANT KENNEY'S EXHIBIT 8

Comes now plaintiff Fairbanks Capital Corporation ("Fairbanks"), by its attorneys, and hereby moves the Court for an order striking from the record Exhibit 8 submitted by defendant W. Craig Kenney at the preliminary injunction hearing on February 28, 2003, and as grounds therefor, refers to the accompanying Memorandum of Points and Authorities filed herewith and incorporated herein.

Dated: March 7, 2003                           BAKER & HOSTETLER, LLP


By:      /s/  Mark I. Bailen
     Frederick W. Chockley (#04278)
     Gary Rinkerman
     Mark I. Bailen (#13805)
     1050 Connecticut Ave., N.W., Suite 1100
     Washington, D.C.  20036
     (202) 861-1680
     (202) 861-1783 (Fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION TO STRIKE DEFENDANT KENNEY'S EXHIBIT 8

At the preliminary injunction hearing on February 28, 2003, defendant W. Craig Kenney submitted into evidence a videotape, that, according to a proffer by his counsel, contained two news broadcasts from a local television station. Counsel has confirmed that the video, marked as defendant Kenney's Exhibit 8, also contains other information that is irrelevant to this case. Plaintiff Fairbanks Capital Corporation ("Fairbanks") objected to the videotape based on hearsay and relevance grounds. The exhibit was admitted into evidence by the Court over Fairbanks' objection. Fairbanks has asked Mr. Kenney on several occasions for a copy of this videotape, but none has been provided. Fairbanks requests that the Court strike Exhibit 8 from the record based on Mr. Kenney's continued failure to provide a copy of this exhibit to Fairbanks, its irrelevance, and its hearsay nature.

Prior to the preliminary injunction hearing on February 28, Fairbanks provided defendants with a list of the exhibits that Fairbanks intended to present at the hearing. At the hearing, Fairbanks provided a binder of all of its exhibit to the defendants. Mr. Kenney, on the other hand, did not provide an exhibit list prior to the hearing and did not disclose any of his first seven exhibits until submitting them to the Court for admission into evidence in the middle of his

case in chief.[1]  Mr. Kenney did not disclose the existence of the videotape—his eighth exhibit—until near the end of his case.  He did not provide a copy of the video to Fairbanks' counsel prior to the hearing, at the hearing when requested by Fairbanks' counsel, or even after the hearing when Fairbanks' counsel again requested a copy on March 3, 2003.  Mr. Kenney still has not responded to that request.

Rule 16 of the Federal Rules of Civil Procedure and Local Rule 106(7) contemplate full disclosure by the parties of their exhibits prior to trial.  Here, Fairbanks has not been provided the opportunity to review an exhibit that already has been admitted by the Court into evidence.  Mr. Kenney's refusal to provide a copy of Exhibit 8 to Fairbanks is grounds for the Court to strike the exhibit from the record.

Accordingly, Fairbanks respectfully requests that the Court strike defendant Kenney's Exhibit 8 from the record.

Respectfully submitted,

BAKER & HOSTETLER LLP

Dated: March 7, 2003     By:    /s/ Mark I. Bailen
    Frederick W. Chockley (Bar #04278)
    Gary Rinkerman
    Mark I. Bailen (Bar #13805)
    1050 Connecticut Avenue, NW, Suite 1100
    Washington, DC  20036
    (202) 861-1680
    (202) 861-1783 (Fax)

Attorneys for Plaintiff

---

[1]  The day before the hearing in response to an inquiry from counsel for Fairbanks, counsel for Mr. Kenney had disclosed his intention to introduce "search engine reports" which fairly describe exhibits 1 through 6 of his exhibits.  Neither Exhibit 7 nor 8 was disclosed in any manner to Fairbanks prior to its introduction during the hearing.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| FAIRBANKS CAPITAL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. AMD02CV2587 |
| | ) |
| W. CRAIG KENNEY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court, having considered the Motion to Strike Defendant Kenney's Exhibit 8, it is this ____ day of _____, 2003,

ORDERED, that the Motion to Strike Defendant Kenney's Exhibit 8 be, and hereby is, GRANTED; and it is further

ORDERED, that Exhibit 8 submitted by Defendant W. Craig Kenney at the preliminary injunction hearing on February 28, 2003, is hereby stricken from the record.

_____
Hon. Andre M. Davis
United States District Judge