UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2003 a copy of Motion To Strike Defendant Kenney's Exhibit 8 which was electronically filed in this case on March 7, 2003, was mailed via first class Mail, postage prepaid, to:

Peter B. Langbord
Lynberg and Watkins
888 S. Figueroa St., 16th Fl.
Los Angeles, CA  90017

BAKER & HOSTETLER, LLP

By:      /s/  Mark I. Bailen
   Frederick W. Chockley (#04278)
   Gary Rinkerman
   Mark I. Bailen (#13805)
   1050 Connecticut Ave., N.W., Suite 1100
   Washington, D.C.  20036
   (202) 861-1680
   (202) 861-1783 (Fax)

Attorneys for Plaintiff