IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP. | * | |
| Plaintiffs | * | |
| vs. | * | CASE NO.:  AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE TO MOTION TO STRIKE DEFENDANT KENNEY'S EXHIBIT 8**

Now comes Defendant, W. Craig Kenney ("Kenney") by and through his undersigned counsel and hereby responds to Plaintiff's Motion to Strike Defendant's Exhibit 8, which was submitted at the Preliminary Injunction Hearing before this Court on February 28, 2003.  In support of this response, Defendant refers to the Memorandum of Points and Authorities attached hereto.

        By:   */s/ Barton J. Sidle*
            Barton J. Sidle (#09315)
            9515 Deereco Road
            Suite 902
            Timonium, Maryland 21093
            (410) 560-2800
            (410) 308-3035 (fax)

                    By:   */s/ Peter B. Langbord*
                         Peter B. Langbord
                         FOLEY & MANSFIELD
                         595 E. Colorado Boulevard
                         Suite 418
                         Pasadena, California 91101
                         (626) 744-9359 (Office)
                         (626) 744-1702 (Fax)


                         Attorneys for Defendant
                           W. Craig Kenney


## **CERTIFICATE OF MAILING**

     I HEREBY CERTIFY that on this _____ day of March 2003, a copy of the foregoing Response to Plaintiff's Motion to Strike Defendant Kenney's Exhibit 8 was mailed, postage prepaid to:

Daniel J. Mulligan
Jenkins & Mulligan
660 Market Street
Third Floor
San Francisco, California 94104
Attorney for Defendant, Brian Barr

And

Philip Friedman
FRIEDMAN LAW OFFICES, PLLC
1735 New York Avenue, N.W., Suite 500
Washington, D.C. 20006
Attorney for Brian Barr


                    By:   */s/ Barton J. Sidle*
                         Barton J. Sidle

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
|     Plaintiffs | * |
| vs. | *    CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S EXHIBIT 8</u>**

At the preliminary injunction hearing on February 28, 2003, Defendant, W. Craig Kenney ("Kenney") submitted as evidence, over Plaintiff's objection, a videotape containing news broadcasts from local television stations. Fairbanks Capital Corporation ("Fairbanks") requested Defendant provide a copy of the tape. On March 10, 2003, counsel for Plaintiff was sent a copy of the tape via Federal Express.

Counsel for Plaintiff also notes that prior to the preliminary injunction hearing Fairbanks provided Defendant with a list of exhibits intended to be presented at the hearing. Fairbanks now objects that counsel for Kenney did not provide copies of his exhibits before the hearing nor disclose any of his exhibits until they were submitted.

Counsel for Plaintiff admitted he did not provide his exhibit list until 5:00 p.m. on February 27, 2003, the evening before the hearing. Counsel further admitted that he did not

provide Defendant copies of the exhibits until the hearing. It is disingenuous to assert surprise by any of Defendant's exhibits.

Furthermore, Defendant could not produce any pre-hearing exhibit list, as all exhibits introduced by Kenney at the hearing were to rebut Plaintiff's exhibits. If anyone, it is Plaintiff that failed to fully disclose exhibits before their being admitted into evidence.

Accordingly, Defendant, W. Craig Kenney requests this Court deny Plaintiff's Motion to Strike Exhibit 8 from the record.

By: _/s/ Barton J. Sidle_
Barton J. Sidle (#09315)
9515 Deereco Road
Suite 902
Timonium, Maryland 21093
(410) 560-2800
(410) 308-3035 (fax)


By: _/s/ Peter B. Langbord_
Peter B. Langbord
FOLEY & MANSFIELD
595 E. Colorado Boulevard
Suite 418
Pasadena, California 91101
(626) 744-9359 (Office)
(626) 744-1702 (Fax)

Attorneys for Defendant
  W. Craig Kenney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP. | * | |
| Plaintiffs | * | |
| vs. | * | CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER OF COURT</u>**

Upon Plaintiff's Motion to Strike Defendant's Exhibit 8, Defendant's response thereto and review of the record, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland hereby

ORDERED that the Plaintiff's motion be, and hereby is, DENIED.

_____
JUDGE,
United States District Court