

# WHOIS Search Results

**WHOIS Record for**

**fairbankscapitalsucks.com**   Back-order this name   Make an unsolicited offer

Registrant:
Kenney, W. Craig (NHROZKBYSD)
PO Box 925
Glencoe, MD 21152
US

Domain Name: FAIRBANKSCAPITALSUCKS.COM

Administrative Contact:
Kenney, W. Craig  (OCIZXFBZQI)   wcraigkenney@msn.com
Kenney,W. Craig
PO Box 925
Glencoe, MD  21152
US
410-561-3333 410-472-4774
Technical Contact:
VeriSign, Inc.  (HOST-ORG)   namehost@WORLDNIC.NET
VeriSign, Inc.
21355 Ridgetop Circle
Dulles, VA 20166
US
1-888-642-9675

Record expires on 19-Jan-2004.
Record created on 19-Jan-2003.
Database last updated on 11-Mar-2003 08:56:28 EST.

Domain servers in listed order:

NS77.WORLDNIC.COM        216.168.225.217
NS78.WORLDNIC.COM        216.168.225.218

**Transfer domain for o $1 a ye**

includes 1 year

**Web site hosting Special Offer**

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.



PLAINTIFF'S EXHIBIT A



Back to top | About Us | Partnerships | Contact us | Site Map
Review our Privacy Policy, Service Agreement, Legal Notice and Disclaimer ©
Copyright 2003 Network Solutions, Inc. All rights reserved.



## ▶ WHOIS Search Results

**WHOIS Record for**

**fairbankssucks.com**    Back-order this name    Make an unsolicited offer

**Transfer domain for o $1 a ye**

includes 1 year

Registrant:
Kenney, W. Craig (CXGNNNDXBD)
 PO Box 925
 Glencoe, MD 21152
 US

Domain Name: FAIRBANKSSUCKS.COM

Administrative Contact:
  Kenney, W. Craig  (OCIZXFBZQI)    wcraigkenney@msn.com
  Kenney,W. Craig
  PO Box 925
  Glencoe, MD  21152
  US
  410-561-3333  410-472-4774
Technical Contact:
  VeriSign, Inc. (HOST-ORG)    namehost@WORLDNIC.NET
  VeriSign, Inc.
  21355 Ridgetop Circle
  Dulles, VA 20166
  US
  1-888-642-9675

Record expires on 19-Jan-2004.
Record created on 19-Jan-2003.
Database last updated on 11-Mar-2003 08:55:24 EST.

Domain servers in listed order:

NS77.WORLDNIC.COM      216.168.225.217
NS78.WORLDNIC.COM      216.168.225.218

**SEARCH AGAIN**

**Web site hosting Special Offer**

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time.



Back to top | About Us | Partnerships | Contact us | Site Map
Review our Privacy Policy, Service Agreement, Legal Notice and Disclaimer ©
Copyright 2003 Network Solutions, Inc. All rights reserved.