UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION BY DEFAULT

Comes now plaintiff Fairbanks Capital Corporation ("Fairbanks"), by its attorneys, and hereby moves the Court to enter the preliminary injunction against defendants W. Craig Kenney and Brian Barr, and as grounds therefor, refers to the accompanying Memorandum of Points and Authorities filed herewith and incorporated herein.

Dated: March 20, 2003                      BAKER & HOSTETLER, LLP


By:      /s/ *Mark I. Bailen*
   Frederick W. Chockley (#04278)
   Gary Rinkerman
   Mark I. Bailen (#13805)
   1050 Connecticut Ave., N.W., Suite 1100
   Washington, D.C.  20036
   (202) 861-1680

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR ENTRY OF PRELIMINARY INJUNCTION BY DEFAULT

At the preliminary injunction hearing on February 28, 2003, the Court ordered the parties to submit post-hearing briefs by March 17, 2003 and response briefs by March 31, 2003. The docket entry for February 28, 2003 states "Counsel to submit trial memorandum on or before March 17, 2003 and responses on or before March 31, 2003." Plaintiff Fairbanks Capital Corporation ("Fairbanks") filed its Post-Hearing Brief in Support of Motions for Preliminary Injunction on March 17, 2003. Neither defendant W. Craig Kenney nor Brian Barr has filed a post-hearing or "trial" memorandum. Defendant Barr has not submitted any written opposition to the motion for preliminary injunction. Because defendants have defaulted by failing to submit post-hearing memoranda as directed by the Court and because the evidence so warrants, the

- 2 -

Court should immediately enter a preliminary injunction. A copy of plaintiff's proposed preliminary injunction order is attached hereto.

                                      Respectfully submitted,

                                      BAKER & HOSTETLER LLP

Dated: March 20, 2003              By:   /s/ *Mark I. Bailen*
                                        Frederick W. Chockley (#04278)
                                        Gary Rinkerman
                                        Mark I. Bailen (#13805)
                                        1050 Connecticut Avenue, NW, Suite 1100
                                        Washington, DC 20036
                                        (202) 861-1680
                                        (202) 861-1783 (Fax)

                                        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2003 a copy of Plaintiff's Motion for Entry of Preliminary Injunction which was electronically filed in this case on March 20, 2003, was mailed via first class mail, postage prepaid, to:

Peter B. Langbord
Lynberg and Watkins
888 S. Figueroa St., 16th Fl.
Los Angeles, CA  90017

BAKER & HOSTETLER, LLP

By:    /s/ Mark I. Bailen
    Frederick W. Chockley (#04278)
    Gary Rinkerman
    Mark I. Bailen (#13805)
    1050 Connecticut Ave., N.W., Suite 1100
    Washington, D.C.  20036
    (202) 861-1680
    (202) 861-1783 (Fax)

Attorneys for Plaintiff