UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD 02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRELIMINARY INJUNCTION ORDER

Upon consideration of Plaintiff's Motion for Entry of Preliminary Injunction By Default and any opposition thereto, it is this __ day of _____, 2003,

ORDERED, that the Motion for Entry of Preliminary Injunction By Default, be and hereby is, granted; and upon consideration of the motions for preliminary injunction, the memoranda of points and authorities in support thereof, the opposition thereto by defendant Kenney, defendant Barr having submitted no opposition, the Hearing Memorandum in Support of the Admissibility of Defendant Kenney's $3 Million Demand to Shut Down His Website, the Hearing Memorandum in Support of the Motion for Preliminary Injunction, the evidence submitted at the preliminary injunction hearing on February 28, 2003, the record herein, argument from counsel, and plaintiff's post-hearing memorandum, defendants having submitted no post-hearing memoranda, the Court having found that plaintiff will be irreparably harmed by defendants' continued use of plaintiff's mark FAIRBANKS, it is further

ORDERED, that plaintiff's motion for preliminary injunction be, and it is hereby, granted; and it is further

ORDERED, that defendants, their agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise are hereby enjoined, and shall cease and desist, from using the mark "FAIRBANKS":

1. In any URL (Uniform Resource Locator) including but not limited to the following URL's:

   a. www.conti-fairbanks.com
   b. www.fairbankscapital.net
   c. www.boa-fairbanks.com
   d. www.fairbankscomplaint.com
   e. www.bankofamericafairbanks.com
   f. www.fairbankscapitalcomplaint.com
   g. www.equicreditfairbanks.com
   h. www.fairbankssucks.com
   i. www.fairbankscapitalsucks.com;

2. In any metadata or meta tags (which are coding statements in the Hypertext Markup Language (HTML) that describe some aspect of the contents of a web page) on the website operated by defendants with the URL, www.conti-fairbanks.com ("the Website") or any other website they maintain or operate including but not limited to the following meta tags:

   a. Fairbanks
   b. Fairbanks Capital
   c. Fairbanks Capital Corp.;

3. In any web page titles (which are meta tags) on any web pages on the Website or any other website they maintain or operate, including but not limited to the following web page titles:

   a. http://www.conti-fairbanks.com/
   b. http://www.conti-fairbanks.com/News_Updates.htm
   c. http://www.conti-fairbanks.com/disc18_frm.htm;

      4.      In the name on the homepage of the Website, including but not limited to "Fairbanks Resource Site;"

      5.      In the mailing address of the Website, "CONTI-FAIRBANKS.COM," P.O. Box 925, Glencoe, Maryland 21152;

      6.      In any other manner, not specified above, that is likely to be confusing to the public, including but not limited to users of the internet.

_____
Hon. Andre M. Davis
United States District Judge