IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
|     Plaintiffs | * |
| vs. | *    CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION BY DEFAULT**

Now comes Defendants, W. Craig Kenney ("Kenney") and Brian Barr ("Barr") by and through their undersigned counsel and hereby respond to Plaintiff's Motion for Preliminary Injunction by Default. In support of this response, Defendants refer to the Memorandum of Points and Authorities attached hereto.

By:    */s/ Barton J. Sidle*
     Barton J. Sidle (#09315)
     9515 Deereco Road
     Suite 902
     Timonium, Maryland 21093
     (410) 560-2800
     (410) 308-3035 (fax)

        By:   */s/ Peter B. Langbord*
           Peter B. Langbord
           FOLEY & MANSFIELD
           595 E. Colorado Boulevard
           Suite 418
           Pasadena, California 91101
           (626) 744-9359 (Office)
           (626) 744-1702 (Fax)

           Attorneys for Defendant
             W. Craig Kenney


        By:   */s/ Philip Friedman*
           Philip Friedman (#22766)
           FRIEDMAN LAW OFFICES, PLLC
           1735 New York Avenue, N.W.
           Suite 500
           Washington, D.C. 20006
           (202) 661-3925
           (202) 331-1024

           Attorney for Defendant Brian Barr

## CERTIFICATE OF MAILING

     I HEREBY CERTIFY that on this _____ day of March 2003, a copy of the foregoing Response to Plaintiff's Motion for Preliminary Injunction by Default was mailed, postage prepaid to:

Daniel J. Mulligan
Jenkins & Mulligan
660 Market Street
Third Floor
San Francisco, California 94104
Attorney for Defendant, Brian Barr


        By:   */s/ Barton J. Sidle*
           Barton J. Sidle

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP. | * | |
| Plaintiffs | * | |
| vs. | * | CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION BY DEFAULT**

At the preliminary injunction hearing on February 28, 2003, the Court requested the parties brief the issue of their respective positions regarding Defendants' alleged misuse of the dominant portion of Plaintiff's mark. Plaintiff's brief was due on March 15, 2003 and any replies to the brief are due on March 31, 2003. Plaintiff now seeks a preliminary injunction by default alleging as grounds the Defendants' failure to file a brief by March 15, 2003. Plaintiff further alleges its exhibit regarding Defendants' settlement demand should be admissible as Defendants failed to respond to Plaintiff's Motion seeking its admissibility.

Plaintiff's interpretation of the courts instructions is inaccurate. It is undisputed that Plaintiff has the burden to advance its argument. It is therefore impossible for Defendants to fully brief an issue without viewing Plaintiff's argument, raised for the first time at the February 28, 2003 hearing. It is Defendants' position that their Reply to Plaintiff's Brief is not due until March 31, 2003. Defendants fully intend to reply within the time ordered at the hearing.

Defendants have also not replied to Plaintiff's Motion to admit a letter regarding a settlement demand. Plaintiff claims that this lack of response, by default makes the document admissible. Plaintiff's position is not accurate and omits the fact that at the February 28, 2003 hearing the letter, marked by Plaintiff as Exhibit 9, was ruled inadmissible. Accordingly, Plaintiff's previous Motion as to the admissibility of the letter is moot.

Accordingly, Defendants, W. Craig Kenney and Brian Barr request this Court deny Plaintiff's Motion for Preliminary Injunction by Default.

By: */s/ Barton J. Sidle*
Barton J. Sidle (#09315)
9515 Deereco Road
Suite 902
Timonium, Maryland 21093
(410) 560-2800
(410) 308-3035 (fax)

By: */s/ Peter B. Langbord*
Peter B. Langbord
FOLEY & MANSFIELD
595 E. Colorado Boulevard
Suite 418
Pasadena, California 91101
(626) 744-9359 (Office)
(626) 744-1702 (Fax)
Attorneys for Defendant
  W. Craig Kenney

By: */s/ Philip Friedman*
Philip Friedman (#)
FRIEDMAN LAW OFFICES, PLLC
1735 New York Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 661-3925
(202) 331-1024
Attorney for Defendant Brian Barr

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
| Plaintiffs | * |
| vs. | *   CASE NO.:  AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF COURT DENYING MOTION FOR
PRELIMINARY INJUNCTION BY DEFAULT**

Upon Plaintiff's Motion for Preliminary Injunction by Default, Defendants' response thereto and review of the record, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland hereby

ORDERED that the Plaintiff's motion be, and hereby is, DENIED.

_____
JUDGE,
United States District Court