UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

REPLY TO DEFENDANT KENNEY'S RESPONSE
TO MOTION TO STRIKE KENNEY'S EXHIBIT 8

Fairbanks Capital Corporation ("Fairbanks") submits this reply to defendant W. Craig Kenney's "Response to Motion to Strike Defendant Kenney's Exhibit 8."

Fairbanks moved to strike Kenney's Exhibit 8 because it never had received a copy of the Exhibit—which is a videotape—and did not know the contents of the exhibit. At the February 28, 2003 preliminary injunction hearing, Kenney proffered that the exhibit contained two broadcasts from WBAL-TV. On March 7, 2003, after Fairbanks attempted without success to obtain a copy of the videotape from Kenney's counsel, Fairbanks filed the instant motion to strike. On March 12, 2003, Kenney produced a purported copy of Exhibit 8. On this videotape, there is additional, irrelevant information, beyond the two broadcasts identified by Kenney's counsel at the hearing. Because the videotape contains information that was not disclosed by Kenney's counsel—either to the Court or to Fairbanks—when proffering the tape as an exhibit, and because *all* of the information on the tape, including the WBAL broadcasts, is irrelevant and hearsay for the reasons identified at the February 28 hearing and in the motion to strike, the exhibit should be stricken from the record.

- 2 -

Accordingly, Fairbanks respectfully requests that the Court strike defendant Kenney's Exhibit 8 from the record.

                      Respectfully submitted,

                      BAKER & HOSTETLER LLP

Dated: March 26, 2003        By:   /s/ *Mark I. Bailen*
                      Frederick W. Chockley (#04278)
                      Gary Rinkerman
                      Mark I. Bailen (#13805)
                      1050 Connecticut Avenue, NW, Suite 1100
                      Washington, DC 20036
                      (202) 861-1680

                      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2003 a copy of plaintiff's Reply to Defendant Kenney's Response to Motion to Strike Kenney's Exhibit 8 which was electronically filed in this case on March 26, 2003, was mailed via first class mail, postage prepaid, to:

Peter B. Langbord
Lynberg and Watkins
888 S. Figueroa St., 16th Fl.
Los Angeles, CA  90017

BAKER & HOSTETLER, LLP

By:      /s/  *Mark I. Bailen*
   Frederick W. Chockley (#04278)
   Gary Rinkerman
   Mark I. Bailen (#13805)
   1050 Connecticut Ave., N.W., Suite 1100
   Washington, D.C.  20036
   (202) 861-1680
   (202) 861-1783 (Fax)

   Attorneys for Plaintiff