Case 1:02-cv-02587-AMD   Document 46-4   Filed 03/31/2003   Page 1 of 3

FAIRBANKS vs. KENNEY          January 31, 2003        Deposition of BRIAN BARR, VOLUME - I

```
                CERTIFIED COPY
          UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND

FAIRBANKS CAPITAL CORP.,    )
                            )
        Plaintiff,           )
                            )
   vs.                      ) No. AMD02CV2587
                            )
W. CRAIG KENNEY, et al.,    )
                            )
        Defendants.          )
_____)

                VOLUME I
     DEPOSITION OF BRIAN BARR, a defendant herein,
taken by the plaintiff, at 333 South Grand
Avenue, Los Angeles, California, at 10:29 a.m.,
Friday, January 31, 2003, before
Carolyn Hilliard Day, CSR 4291.

Hutchings Number 03-01795-NO
```

HUTCHINGS COURT REPORTERS, LLC - GLOBAL SERVICES - 800.697.3210

Page 2

```
1   APPEARANCES OF COUNSEL:
2
3   For Plaintiff:
4   BAKER & HOSTETLER LLP
5   BY FREDERICK W. CHOCKLEY
6   1050 Connecticut Avenue N.W.
7   Washington D.C. 20036
8
9   For Defendant BRIAN BARR:
10  JENKINS & MULLIGAN
11  BY DANIEL J. MULLIGAN
12  660 Market Street, Third Floor
13  San Francisco, California 94104
14
15  Also Present:
16  Roger Jordan, Videographer
```

```
1                    I N D E X
2   WITNESS: BRIAN BARR
3   EXAMINATION BY:                   PAGE
4   MR. CHOCKLEY                       6
5
6
7                    E X H I B I T S
8   PLAINTIFF  DESCRIPTION       IDENTIFIED  MARKED
9    1   Letter to Frederick W.   16         17
         Chockley from Daniel J.
10       Mulligan, 12-2-02
11   2   Letter to Frederick W.   58         58
         Chockley from Daniel J.
12       Mulligan, 12-6-02
13   3   Letter to Jacob Geesing  51         51
         from Barton J. Sidle,
14       8-1-02
15   4   Amended Notice           70         70
         of Deposition
16
     5   Excerpt from the         70         71
17       Amended Complaint
18   6   Page from the Answer     73         73
19   7   Conti-Fairbanks          125        125
         Discussion Forum
20       titled "CitiFinancial
         Financial, Tampa/Fairbanks"
21
     8   Printout of a list       126        126
22       of messages
23   9   Law Student Dream        169        170
         Team, 2-14-02
24
25
```

Page 3

```
1              E X H I B I T S (Continued)
2   PLAINTIFF  DESCRIPTION       IDENTIFIED  MARKED
3    10  Conti-Fairbanks          178        178
         Discussion Forum
4        titled "Message to
         X-CitiFinancial/Fairbanks
5        Employee"
6    11  Email, 8-18-01           184        184
7    12  Facsimile to Brian Barr  191        191
         from Frederick W.
8        Chockley, 8-1-02
9    13  Facsimile to Brian Barr  192        192
         from Cranston J.
10       Williams, 8-1-02
11   14  Fax to Cranston          192        192
         Williams from
12       Brian Barr, 10-04-02
13   15  Conti-Fairbanks          195        195
         Discussion Forum
14       titled "Everyone
         is Welcome"
15
     16  Conti-Fairbanks          195        195
16       Discussion Forum
         titled "Kudos"
17
18  Questions the witness refuses to answer are indicated in
19  the transcript with a plus (+) sign and are located on
20  the following page and line numbers: 12-12, 15-19,
21  57-10, 59-8, 60-9, 60-14, 60-19, 72-6, 97-15, 102-21,
22  146-5, 168-3
23
24
25
```

Page 4

1 (Pages 1 to 4)

Case 1:02-cv-02587-AMD   Document 46-4   Filed 03/31/2003   Page 2 of 3

FAIRBANKS vs. KENNEY                January 31, 2003          Deposition of BRIAN BARR, VOLUME - I

**Page 9**

1  Q. And when you made this agreement with
2  Mr. Kenney, that the website would come to you if
3  anything happened to him, did you give Mr. Kenney
4  anything in return for that?
5  A. No.
6  Q. Now, you're in the business of what's called
7  REO outsourcing; is that right?
8  A. No.
9  Q. Were you in that business?
10 A. Yes.
11 Q. All right.
12 When were you in that business?
13 A. Up until approximately two years ago.
14 Q. Are you in business today?
15 MR. MULLIGAN: In that business?
16 MR. CHOCKLEY:
17 Q. No. Are you in business today?
18 A. Yes.
19 Q. What business are you in today?
20 A. Real estate brokerage.
21 Q. And do you hold a real estate broker's license?
22 A. Yes, I do.
23 Q. In California?
24 A. Yes.
25 Q. Elsewhere?

**Page 10**

1  A. No.
2  Q. Do you have an office for that -- for your
3  brokerage?
4  A. No.
5  Q. Do you operate that out of your motor home?
6  A. Yes.
7  Q. How long have you operated your real estate
8  brokerage out of your motor home?
9  A. Since basically the first of this year.
10 Q. January 1, 2003?
11 A. Yes.
12 Q. And what did you do for a living between the
13 time you ended your REO outsourcing business about two
14 years ago until January 1, 2003?
15 A. Nothing.
16 Q. You had no income during that period?
17 A. Yes.
18 Q. In other words, you had no income at all?
19 You had --
20 A. No.
21 Q. You're saying you had income or are you saying
22 you didn't have income?
23 A. I had income.
24 Q. What was the source of your income?
25 A. Selling off assets. And some real estate

**Page 11**

1  sales.
2  Q. And you were selling off assets of what?
3  A. My personal real estate.
4  Q. Any other sources of income during that period?
5  A. No.
6  Q. Investments or anything like that?
7  A. No.
8  Q. Did you sell any properties for other people
9  during that period of time?
10 A. Yes.
11 Q. Acting as a broker?
12 A. Yes.
13 Q. Was that in California?
14 A. Yes.
15 Q. And were the personal real estate assets that
16 you sold also in California?
17 A. Yes.
18 Q. Now, you mentioned until about two years ago
19 you were in the REO outsourcing business; right?
20 A. Yes.
21 Q. And tell me what that is, what is REO
22 outsourcing?
23 A. REO management, disposition of assets on behalf
24 of financial institutions, predominantly.
25 Q. What does REO stand for?

**Page 12**

1  A. Real estate owned.
2  Q. And what does it mean to dispose of REO?
3  A. Complete real estate transactions or cause to
4  be completed real estate transactions.
5  Q. And what sort of customers did you have?
6  A. Financial institutions.
7  Q. Such as?
8  A. I don't understand the question.
9  Q. Well, give me some examples.
10 A. I don't understand the question.
11 Q. All right.
12 +  And give me the names of the customers.
13 MR. MULLIGAN: That were from his former company?
14 MR. CHOCKLEY: Yeah. We're talking about when he
15 was in the REO outsourcing business.
16 MR. MULLIGAN: You're entitled to some background,
17 but his customer base is not really relevant, and I
18 consider it a trade secret. And I'll instruct him not
19 to answer that question.
20 MR. CHOCKLEY:
21 Q. Mr. Barr, do you remember your deposition being
22 taken in a case that you brought against -- your company
23 brought against Fairbanks Capital Corporation?
24 A. Yes.
25 Q. And in the course of that deposition, did you

**Page 37**

1  Q. And so you have no recollection of ever
2  discussing that subject with Craig Kenney?
3  A. Not to my recollection.
4  Q. And in the course of the conversations that
5  you've had that involved both Mr. Kenney and
6  Mr. Mulligan -- Let me strike that and ask it this way.
7     When you and Mr. Mulligan and Mr. Kenney have
8  talked, was that in person?
9  A. No.
10 Q. That was on the telephone?
11 A. Yes.
12 Q. And were you and Mr. Kenney in the same
13 location?
14 A. No.
15 Q. Were you and Mr. Mulligan in the same location?
16 A. No.
17 Q. So it was essentially a three-way conversation,
18 as three-way telephone hookup?
19 A. Yes.
20 Q. And where were you?
21 A. I was on the back side of Santa Anita
22 Racetrack.
23 Q. And where was Mr. Mulligan?
24 A. I don't know.
25 Q. And where -- Were you on your cell phone?

**Page 38**

1  A. Yes.
2  Q. Was Mr. Mulligan on a cell phone?
3  A. I don't know.
4  Q. Where was Mr. Kenney?
5  A. I don't know.
6  Q. Was he on a cell phone?
7  A. I don't know.
8  Q. Who initiated the call?
9  A. I think Mr. Mulligan did.
10 Q. And was Mr. Kenney on the call when you got on
11 the call?
12 A. I don't recall.
13 Q. In other words, were you and Mr. Kenney on
14 before Mr. Mulligan or were Mr. Mulligan and Mr. Kenney
15 on before you?
16 A. I don't recall.
17 Q. Did you conference one or the other
18 participants into the call?
19 A. No.
20 Q. Did somebody else conference you into the call?
21 A. Yes.
22 Q. Who?
23 A. Mr. Mulligan.
24 Q. And when was that?
25 A. I don't recall.

**Page 39**

1  Q. You were at the Santa Anita Racetrack; right?
2  A. Yes.
3  Q. And when was the last time you were there?
4  A. Yesterday.
5  Q. And did this call take place yesterday?
6  A. No.
7  Q. When was the last time before that that you
8  were at the racetrack?
9  A. Virtually every day.
10 Q. During what period of time?
11 A. 4:30 in the morning.
12 Q. No, no, no. I mean during what period of time
13 has it been every day?
14 A. I'm 43, so I would say that probably since I
15 was about five.
16 Q. Since you were about five, every day you've
17 been at the Santa Anita Racetrack?
18 A. Either Santa Anita or one of the other
19 racetracks.
20 Q. Since you were five?
21 A. Yes. Actually, that's not true. I was
22 actually at the racetrack before that. I was named
23 after a racehorse.
24 Q. What horse?
25 A. Brian Junior. Winner Ohio -- the Ohio derby in

**Page 40**

1  1959.
2  Q. And have you had -- Let me back up.
3     Were there any other participants in this telephone
4  conversation besides yourself and Mr. Kenney and
5  Mr. Mulligan?
6  A. Not to my recollection.
7  Q. Not Mr. Sidle was not on the call?
8  A. No, I don't believe he was.
9  Q. Mr. Langbord?
10 A. No.
11 Q. And tell me what the nature of the conversation
12 was.
13 A. Well, the conversation was interaction with
14 Mr. Mulligan.
15 Q. I understand.
16    But tell me what you said, what he said, what
17 Mr. Kenney said.
18 A. I don't recall the details at that time. I
19 don't recall the details to the conversation.
20 Q. Just tell me generally.
21 A. The conversation involved discussion between
22 Mr. Mulligan and Mr. Kenney and myself and it -- you
23 know, to tell you the truth, I don't remember the
24 entire -- I don't remember the conversation and the
25 details of the conversation.