# Welcome

**OBVIOUSLY, THIS IS NOT THE OFFICIAL WEBSITE FOR FAIRBANKS CAPITAL CORPORATION. CLICK HERE IF, FOR SOME ODD REASON, YOU ARE LOOKING FOR FAIRBANKS CAPITAL CORPORATION.**

SEE THE DISCLAIMER AT THE BOTTOM OF THIS PAGE.

 

**THE FAIRBANKS RESOURCE SITE**

*An Internet Web Site Now Devoted To Helping Borrowers Receive Redress By Assisting and Sharing Information With Regulators And Investors*

**YOU MAY CONTACT US WITH TOTAL CONFIDENTIALITY AT
410-561-3333 or info@conti-fairbanks.com**

**CLICK HERE TO FILE YOUR COMPLAINT WITH FEDERAL & STATE AUTHORITIES WHO ARE NOW CONDUCTING INVESTIGATIONS**

 "What they are doing to these people is despicable, and it is absolutely wrong. And I want to urge the investigations to go forth to see if Fairbanks has done criminal acts, if they have possibly broken regulatory acts, and if that's so, I want them decertified, and I want them prosecuted, and I want redress for the victims"

- Senator Barbara Mikulski (D-Maryland)
March 14, 2003

 "Homeowners, particularly low income homeowners, are facing serious problems, including double charges, unnecessary insurance being forcibly added to mortgages at great cost to consumers, escrow problems, and even foreclosure,"

-Senator Paul Sarbanes (D-Maryland)
March 21, 2003

**"YOU ARE NOT ALONE"**

**TO DATE THIS SITE HAS RECEIVED OVER 263,200 VISITORS**

| NEWS & UPDATES! | LEGAL ACTIONS | THE PMI PAGE |
| --- | --- | --- |
| Recent TV News Stories | REGISTERED USERS (SECURE) | AMERICAN SERVICING REFORM ALLIANCE |

**PLEASE IMMEDIATELY BOOKMARK AND BEGIN ACCESSING THIS SITE WITH THE FOLLOWING URL: www.servicingnews.com**

Conti-Fairbanks Resource Site - Welcome





---

We are here to offer guidance and support to all Fairbanks customers, especially those who once had their mortgage with Conti or Citi, and are now suffering through dealing with Fairbanks. In addition, we are now providing information to help guide the decisions of mortgage industry professionals, including portfolio owners who are evaluating the performance of servicers and sub-servicers.

Originally we were here for former customers of Conti, however the information and help we offer extends to all of Fairbanks' customers. We offer sample letters you can use to protect yourself from Improper Application of Late Fees, Forced Insurance and Property Preservation Fees. In addition, we offer guidance with regard to Escrow Accounts, Missing Payments, Default and Foreclosure. Your "Rights are Preserved" when you communicate in writing.

Please make full use of our resources and if you have any questions or comments please direct them to us using the **"Contact Us"**. Be sure to visit the **"Discussion Forum"** and post your comments. Read the Horror Stories of other customers in the **"My Story"** sections. Mortgage Industry visitors should pay particular attention to the **"Legal Actions"** section.

---

### NOTICE TO
### HOMESIDE CUSTOMERS
Click Here to go directly to the web site dedicated to you

### MORE HORROR STORIES

## **MORE HORROR STORIES**

This Web Site can now be accessed by:
www.conti-fairbanks.com  OR  www.citi-fairbanks.com  OR  www.servicingnews.com

---

**NOTICE:**
THIS WEBSITE IS NOT IN ANY WAY CONNECTED WITH FAIRBANKS CAPITAL CORPORATION OR ANY OTHER CORPORATE ENTITY. IT IS FUNDED SOLELY BY ITS OPERATORS AND RECEIVES NO FEES OF ANY KIND FOR THE INFORMATION PRESENTED. THE INFORMATION PRESENTED IS BELIEVED TO BE TRUE AND FACTUAL AND IN SOME CASES IS THE PERSONAL OPINION OF THE OPERATORS OR THOSE WHO COMMENT ON THE DISCUSSION FORUM. NO LEGAL CONCLUSION IS INFERRED AND NONE OF THE INFORMATION PRESENTED SHOULD BE CONSIDERED LEGAL ADVICE.

