UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

MOTION FOR LEAVE TO FILE RESPONSE TO
DEFENDANTS' SUPPLEMENTAL POST-HEARING REPLY

Comes now plaintiff Fairbanks Capital Corporation, by its attorneys, and hereby moves the Court for an order granting leave to file a response to Defendants' Supplemental Post-Hearing Reply, and as grounds therefor, refers to the accompanying Memorandum of Points and Authorities filed herewith and incorporated herein.

Respectfully submitted,

BAKER & HOSTETLER LLP

Dated: April 1, 2003

By:  /s/ *Mark I. Bailen*
Frederick W. Chockley (Bar #04278)
Gary Rinkerman
Mark I. Bailen (Bar #13805)
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC  20036
(202) 861-1680
(202) 861-1783 (Fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | |
|---|---|
| FAIRBANKS CAPITAL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. AMD02CV2587 |
| ) | |
| W. CRAIG KENNEY, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES

Fairbanks Capital Corp. ("Fairbanks") respectfully seeks leave to file a response to Defendants' Supplemental Post-Hearing Reply, which was filed after defendants modified the website www.conti-fairbanks.com and after Fairbanks had filed its response to defendants' post hearing brief—which defendants had filed 11 days late on March 28, 2003.[1]  Defendants had waited until after filing their post hearing brief to make the changes to their website and then waited until yesterday evening to bring this fact to the Court's attention.  The purpose of Fairbanks' brief response is to note the continued need for the injunctive relief, despite the last-minute modifications to the website.

---

[1] At the February 28, 2003, preliminary injunction hearing, the Court ordered post-hearing briefing pursuant to the following schedule: opening memoranda were due on March 17, 2003 and replies thereto were due on March 31, 2003.  Defendants failed to file their opening memorandum by March 17 and instead filed on March 28.  Fairbanks filed its opening brief on March 17 and its reply on March 31, even though it had only one business day to prepare its reply.  After Fairbanks filed its reply on March 31, defendants then filed a "supplemental" response.

- 2 -

WHEREFORE, Fairbanks respectfully requests that the Court enter an Order permitting Fairbanks to file its proposed Response, attached hereto as Exhibit A.

          Respectfully submitted,

          BAKER & HOSTETLER LLP

Dated: April 1, 2003         By: /s/ *Mark I. Bailen*
          Frederick W. Chockley (Bar #04278)
          Gary Rinkerman
          Mark I. Bailen (Bar #13805)
          1050 Connecticut Avenue, NW, Suite 1100
          Washington, DC  20036
          (202) 861-1680
          (202) 861-1783 (Fax)

          Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2003 a copy of Plaintiff's Motion for Leave to File a Response to Defendants' Supplemental Post-Hearing Reply which was electronically filed in this case on April 1, 2003, was mailed via first class mail, postage prepaid, to:

Peter B. Langbord
Lynberg and Watkins
888 S. Figueroa St., 16th Fl.
Los Angeles, CA  90017

Daniel J. Mulligan
Jenkins & Mulligan
660 Market Street
Third Floor
San Francisco, CA  94104

    BAKER & HOSTETLER, LLP

By:_____/s/ *Mark I. Bailen*_____
    Frederick W. Chockley (#04278)
    Gary Rinkerman
    Mark I. Bailen (#13805)
    1050 Connecticut Ave., N.W., Suite 1100
    Washington, D.C.  20036
    (202) 861-1680
    (202) 861-1783 (Fax)

Attorneys for Plaintiff