UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S RESPONSE TO
DEFENDANTS' SUPPLEMENTAL POST-HEARING REPLY

Plaintiff Fairbanks Capital Corp. ("Fairbanks"), by counsel, respectfully submits this brief response to "Defendants' Supplemental Post-Hearing Reply to Plaintiff's Motion for Preliminary Injunction," which was filed last evening and identified modifications defendants made over the weekend to the homepage of the website, "www.conti-fairbanks.com." Ostensibly, the changes were an 11th hour attempt to minimize the infringement of Fairbanks' trademark rights and an implicit concession of the confusing nature of the previous version of the website. Fairbanks submits this brief response to bring to the Court's attention two key points regarding the last-minute changes. First, as the defendants' weekend actions show, they can change the website with ease. Accordingly, they can reverse the changes just as easily. An injunction is necessary to prevent further infringement. Second, and more importantly, the changes address only part of the problem. They left untouched the domain name, the URL addresses, the metatags and the page titles on which search engines primarily rely. Defendants blithely ignore the crucial infringing function of these aspects of the website. Thus, despite the changes made, the website continues to infringe Fairbanks' trademark rights. The Court should

- 2 -

enter a preliminary injunction enjoining defendants from using Fairbanks' mark in the domain names, the URL addresses, the metatags and the page titles, as well as in a confusing manner in the content of the website.

                                  Respectfully submitted,

                                  BAKER & HOSTETLER LLP

Dated: April 1, 2003                By:        /s/ *Mark I. Bailen*
                                            Frederick W. Chockley (Bar #04278)
                                            Gary Rinkerman
                                            Mark I. Bailen (Bar #13805)
                                            1050 Connecticut Avenue, NW, Suite 1100
                                            Washington, DC  20036
                                            (202) 861-1680
                                            (202) 861-1783 (Fax)

                                  Attorneys for Plaintiff