UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

FAIRBANKS CAPITAL CORP.,        )
                                )
              Plaintiff,        )
                                )
v.                              )          Civil Action No. AMD02CV2587
                                )
W. CRAIG KENNEY, et al.,        )
                                )
              Defendants.       )

ORDER

The Court, having considered Plaintiff's Motion for Leave to File a Response to

Defendants' Supplemental Post-Hearing Reply, and any opposition thereto, it is this _____ day of

April, 2003

ORDERED, that the Motion be, and it is hereby, GRANTED; and

ORDERED, that the Response, attached to Plaintiff's Motion for Leave to File a

Response to Defendants' Supplemental Post-Hearing Reply as Exhibit A, is deemed filed as of

the date of this Order.

_____
Judge