UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court, having considered Plaintiff's Motion for Leave to File a Response to Defendants' Supplemental Post-Hearing Reply, and any opposition thereto, it is this 1st day of April, 2003

ORDERED, that the Motion be, and it is hereby, GRANTED; and

ORDERED, that the Response, attached to Plaintiff's Motion for Leave to File a Response to Defendants' Supplemental Post-Hearing Reply as Exhibit A, is deemed filed as of the date of this Order.

_/s/ Andre M. Davis_____
United States District Judge