UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE OF MOTION TO COMPEL
NON-REDACTED DISCOVERY RESPONSES

Plaintiff Fairbanks Capital Corp. hereby notifies the Court, pursuant to Local Rule 104.8(a), that on this 17th day of April, 2003, Fairbanks served via first class mail, postage prepaid, its Motion to Compel Non-Redacted Discovery Responses and accompanying papers, copies of which are attached hereto, to:

> Barton J. Sidle, Esq.
> 9515 Deereco Road, Suite 902
> Timonium, MD  21093
>
> Peter B. Langbord, Esq.
> Foley & Mansfield
> 595 East Colorado, Suite 418
> Pasadena, CA  91101
>
> Daniel J. Mulligan, Esq.
> Jenkins & Mulligan
> 660 Market St.
> Third Floor
> San Francisco, CA  94104
>
> Philip Friedman, Esq.
> 1735 New York Avenue, NW
> Suite 500
> Washington, DC  20006

BAKER & HOSTETLER LLP

By: /s/ *Mark I. Bailen*
    Frederick W. Chockley (#04278)
    Gary Rinkerman
    Mark I. Bailen (#13805)
    1050 Connecticut Ave., N.W., Suite 1100
    Washington, D.C. 20036
    (202) 861-1680

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2003, the foregoing Notice of Service of Motion to Compel and accompanying papers, which were electronically filed in this case on April 17, 2003, were sent via first class mail, postage prepaid, to:

    Peter B. Langbord, Esq.
    Foley & Mansfield
    595 East Colorado, Suite 418
    Pasadena, CA 91101

    Daniel J. Mulligan, Esq.
    Jenkins & Mulligan
    660 Market St.
    Third Floor
    San Francisco, CA 94104

BAKER & HOSTETLER LLP

By: /s/ *Mark I. Bailen*
    Frederick W. Chockley (#04278)
    Gary Rinkerman
    Mark I. Bailen (#13805)
    1050 Connecticut Ave., N.W., Suite 1100
    Washington, D.C. 20036
    (202) 861-1680

Attorneys for Plaintiff