IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FAIRBANKS CAPITAL CORP.,
  Plaintiff

v.

                              Civil No. AMD 02-2587

W. CRAIG KENNEY, et al.,
  Defendants

...oOo...

## ORDER

In accordance with the foregoing Memorandum, it is this 6th day of May, 2003, by the United States District Court for the District of Maryland, ORDERED

    That plaintiff's motion for preliminary injunction (Paper No 25) is GRANTED IN PART AND DENIED IN PART; and it is further ORDERED

    That plaintiff's motions to strike defendants' hearing exhibit (Paper No. 38) and for entry of preliminary injunction by default (Paper No. 42) are DENIED; and it is further ORDERED

    That plaintiff's motion to compel deposition testimony (Paper No. 31) and motion for leave to file (Paper No. 48) are DENIED AS MOOT WITHOUT PREJUDICE; and it is further ORDERED

    That the accompanying preliminary injunction is entered herewith.

                                      /s/
                              ANDRE M. DAVIS
                              UNITED STATES DISTRICT JUDGE