IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FAIRBANKS CAPITAL CORP.,
    Plaintiff

v.

W. CRAIG KENNEY, et al.,
    Defendants

Civil No. AMD 02-2587

.oOo.

## PRELIMINARY INJUNCTION

This matter is before the Court on plaintiff's motion for a preliminary injunction. For the reasons stated in the accompanying Memorandum, it is this 6th day of May, 2003, by the United States District Court for the District of Maryland, ORDERED that plaintiff's motion for a preliminary injunction is GRANTED IN PART AND DENIED IN PART. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, defendants are, within 10 DAYS of this ORDER, ENJOINED from using the "FAIRBANKS" mark:

    In all domain names associated with their website; and

    In the title on the homepage of their website announcing, "Welcome to the Fairbanks Resource Site;" and

    As part of the website owner's contact address; and

    In the meta tags associated with their website.

/s/
_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE