**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

FAIRBANKS CAPITAL CORP.                    *

     Plaintiffs                              *

vs.                                        *  CASE NO.:  AMD 02 CV 2587

W. CRAIG KENNEY, et al.                    *

     Defendants                              *

    *    *    *    *    *    *    *    *    *    *    *

**DEFENDANT'S MOTION TO SUPPLEMENT RECORD ON APPEAL**

     Defendant W. Craig Kenney, through his undersigned counsel, hereby moves the Court to supplement the record on appeal by adding the attached electronic file of a copy of the website "www.conti-fairbanks.com" as it appeared on May 6, 2003, the date of the Opinion and Order of this Court entering a Preliminary Injunction.  In support thereof, Defendant submits an accompanying memorandum.


DATED: May 9, 2003                    By:   /s/ Barton J. Sidle
                                          Barton J. Sidle (#09315)
                                          9515 Deereco Road
                                          Suite 902
                                          Timonium, Maryland 21093
                                          (410) 560-2800
                                          (410) 308-3035 (fax)


                                      By:   /s/ Peter B. Langbord
                                          Peter B. Langbord
                                          FOLEY & MANSFIELD
                                          595 E. Colorado Boulevard
                                          Suite 418
                                          Pasadena, California 91101
                                          (626) 744-9359 (Office)
                                          (626) 744-1702 (Fax)

By:   */s/ Paul Alan Levy*
    Paul Alan Levy (DC Bar 946400)
    Public Citizen Litigation Group
    1600 - 20th Street, N.W.
    Washington, D.C. 20009
    (202) 588-1000
    (202) 588-7795 (fax)

    Attorneys for Defendant
     W. Craig Kenney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

FAIRBANKS CAPITAL CORP.                    *

      Plaintiffs                         *

vs.                                        *  CASE NO.:  AMD 02 CV 2587

W. CRAIG KENNEY, et al.                    *

      Defendant                          *

  *    *    *    *    *    *    *    *    *    *    *

<u>**ORDER OF COURT UPON DEFENDANTS' MOTION
TO SUPPLEMENT RECORD ON APPEAL**</u>

    Upon Defendant's Motion to Supplement Record on Appeal, Plaintiff's response

thereto and review of the record, it is this _____ day of _____,

2003, by the United States District Court for the District of Maryland hereby

    ORDERED that the Defendant's motion be, and hereby is, GRANTED.


                                  _____

                                  JUDGE,
                                  United States District Court