IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
|     Plaintiffs | * |
| vs. | *  CASE NO.:  AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM IN SUPPORT OF**
**MOTION TO SUPPLEMENT RECORD ON APPEAL**

Defendant W. Craig Kenney, through his undersigned counsel moves the Court to supplement the record on appeal for the following reasons:

1.  In ruling on Plaintiff's motion for Preliminary Injunction, the Court recognized that Defendants have effected at least two changes to the website since the motions hearing.  However, the Court's Opinion was concerned only with the website as it appeared in February 2003. Memorandum Opinion at n. 3.

2.  At the hearing, Plaintiff submitted an electronic copy of the website www.conti-fairbanks.com as it appeared on July 8, 2002 and February 24, 2003. See, Plaintiff's hearing exhibit 2. Unfortunately, the Court's Opinion does not consider numerous significant changes in the website directly relevant to this case and the scope of the injunction granted.

3.  Moreover, in reviewing the court's preliminary injunctions, the Court of Appeals should have before it a clear version of the website as it appeared at the time the

Preliminary Injunction was Ordered and in a format that a person who visits the website would in fact see the pages.

4. The Court's preliminary injunction requires defendants to remove and modify significant portions of the website and to modify its URL. Accordingly, unless the files are placed in the record in their electronic form, the Court of Appeals will not be able to review the basis for this Court's ruling in the same way that this Court was able to do.

5. As shown by the attached affidavit, the attached CD contains the web site exactly as it appeared at the time this Court entered its preliminary injunction. Defendant requests the Court approve the placement of this CD in the record to supplement the record on appeal.

6. On Friday, May 9, 2003, defendants' counsel, Barton J. Sidle, Esquire, telephoned Frederick Chockley, Esquire, to request his concurrence in this motion. Mr. Chockley indicated that he would oppose this request.

## CONCLUSION

For the foregoing reasons, Defendant W. Craig Kenney requests to supplement the record on appeal.

Respectfully submitted,

DATED: <u>May 9, 2003</u>       By:   <u>*/s/ Barton J. Sidle*</u>
　　　　　　　　　　　　　　　　　Barton J. Sidle (#09315)
　　　　　　　　　　　　　　　　　9515 Deereco Road
　　　　　　　　　　　　　　　　　Suite 902
　　　　　　　　　　　　　　　　　Timonium, Maryland 21093
　　　　　　　　　　　　　　　　　(410) 560-2800
　　　　　　　　　　　　　　　　　(410) 308-3035 (fax)

　　　　　　　　　　　　　　　By:   <u>*/s/ Peter B. Langbord*</u>
　　　　　　　　　　　　　　　　　Peter B. Langbord
　　　　　　　　　　　　　　　　　FOLEY & MANSFIELD
　　　　　　　　　　　　　　　　　595 E. Colorado Boulevard
　　　　　　　　　　　　　　　　　Suite 418
　　　　　　　　　　　　　　　　　Pasadena, California 91101
　　　　　　　　　　　　　　　　　(626) 744-9359 (Office)
　　　　　　　　　　　　　　　　　(626) 744-1702 (Fax)

　　　　　　　　　　　　　　　By:   <u>*/s/ Paul Alan Levy*</u>
　　　　　　　　　　　　　　　　　Paul Alan Levy (DC Bar 946400)
　　　　　　　　　　　　　　　　　Public Citizen Litigation Group
　　　　　　　　　　　　　　　　　1600 - 20th Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　　　　　　(202) 588-1000
　　　　　　　　　　　　　　　　　(202) 588-7795 (fax)

　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　 W. Craig Kenney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
|     Plaintiffs | * |
| vs. | *   CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT OF W. CRAIG KENNEY**

I, W. Craig Kenney, am over eighteen (18) years of age and competent to testify in a Court of Law.

1. I am the Defendant in this action and I make this Affidavit in support of the foregoing Motion to Supplement Record on Appeal.

2. I hereby affirm that upon my personal knowledge, the CD filed in connection with this Motion is a true and accurate copy of the website www.conti-fairbanks.com as it appeared at the time the Preliminary Injunction was entered.

I HEREBY AFFIRM under penalty of perjury that the foregoing is true and correct.

                                                                    */s/ W. Craig Kenney*
                                                               W. CRAIG KENNEY

STATE OF MARYLAND, COUNTY OF BALTIMORE, TO WIT:

I HEREBY CERTIFY, that on this 8th day of May, 2003, before me the subscriber, a Notary Public of the State of Maryland, personally appeared W. CRAIG KENNEY, and he made oath in due form of law, that the above is his act.

AS WITNESS my hand and Notarial Seal.

                                                  */s/ Barton J. Sidle*
                                                 Notary Public

My Commission Expires: March 11, 2004

Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.