## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
| Plaintiffs | * |
| vs. | * CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, which is a computer disc attachment to Defendant's Motion to Supplement Record on Appeal exists only in electronic format and is in excess of the size limitations for electronic filing by this Court. It will be filed with the Clerk's Office as a computer disc.

I certify that within 24 hours of the filing of this Notice, I will file and serve actual copies of the document identified above.

DATED: <u>May 9, 2003</u>

By: <u>  /s/ *Barton J. Sidle*</u>
Barton J. Sidle (#09315)
9515 Deereco Road
Suite 902
Timonium, Maryland 21093
(410) 560-2800
(410) 308-3035 (fax)

By: <u>  /s/ *Peter B. Langbord*</u>
Peter B. Langbord
FOLEY & MANSFIELD
595 E. Colorado Boulevard
Suite 418
Pasadena, California 91101
(626) 744-9359 (Office)
(626) 744-1702 (Fax)

By:   */s/ Paul Alan Levy*
    Paul Alan Levy (DC Bar 946400)
    Public Citizen Litigation Group
    1600 - 20th Street, N.W.
    Washington, D.C. 20009
    (202) 588-1000
    (202) 588-7795

    Attorneys for Defendant
      W. Craig Kenney