IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
| Plaintiffs | * |
| vs. | *CASE NO.:  AMD  02 CV 2587 |
| W. CRAIG KENNEY | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*
\*

**DEFENDANT BRIAN BARR'S MOTION TO SUPPLEMENT
THE RECORD ON APPEAL**

Defendant Brian Barr, through his undersigned counsel, hereby moves the Court to supplement the record on appeal by adding the electronic file of a copy of the website "www.conti-fairbanks.com" as it appeared on May 6, 2003, the date of the Opinion and Order of this Court entering a Preliminary Injunction.  In support of this motion, Defendant hereby adopts and relies upon the memorandum in support of the motion to supplement the record on appeal filed herein by defendant W. Craig Kenney and all exhibits, affidavits and documents upon which it relies.

DATED: May 9, 2003

By:   */s/ Philip Friedman*
Philip Friedman (# 22766)
2401 Pennsylvania Avenue, NW
Suite 410
Washington, DC 20037
(202) 293-4175
(202) 318-0395 (fax)

Daniel Mulligan, Esq
Jenkins & Mulligan
660 Market St.

Third Floor
San Francisco, CA 94104

Attorneys for Defendant Brian Barr

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
| Plaintiffs | * |
| vs. | * CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER OF COURT UPON DEFENDANT BARR'S MOTION</u>**
**<u>TO SUPPLEMENT RECORD ON APPEAL</u>**

Upon Defendant Barr's Motion to Supplement Record on Appeal, Plaintiff's response thereto and review of the record, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland hereby

ORDERED that the Defendant Barr's motion be, and hereby is, GRANTED.

_____
JUDGE,
United States District Court