**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
| Plaintiffs | * |
| vs. | *  CASE NO.:  AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
| Defendants | * |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**DEFENDANT'S MOTION FOR STAY PENDING APPEAL**
**OR IN THE ALTERNATIVE FOR MODIFIED INJUNCTION**

Defendant W. Craig Kenney, through his undersigned counsel, hereby moves the

Court to Stay or in the Alternative, Modify the provisions of the Preliminary Injunction

entered on May 6, 2003.  In support thereof, Defendant submits an accompanying

memorandum.


DATED: May 12, 2003                    By:  _/s/ Barton J. Sidle_
                                                     Barton J. Sidle (#09315)
                                                     9515 Deereco Road
                                                     Suite 902
                                                     Timonium, Maryland 21093
                                                     (410) 560-2800
                                                     (410) 308-3035 (fax)

                                             By:  _/s/ Peter B. Langbord_
                                                     Peter B. Langbord
                                                     FOLEY & MANSFIELD
                                                     595 E. Colorado Boulevard
                                                     Suite 418
                                                     Pasadena, California 91101
                                                     (626) 744-9359 (Office)
                                                     (626) 744-1702 (Fax)

By:  <u>*/s/ Paul Alan Levy*</u>
Paul Alan Levy (DC Bar 946400)
Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000
(202) 588-7795

Attorneys for Defendant
  W. Craig Kenney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
| Plaintiffs | * |
| vs. | * CASE NO.:  AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
| Defendant | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER OF COURT UPON DEFENDANT'S MOTION**
**TO STAY PRELIMINARY INJUNCTION PENDING APPEAL**


Upon Defendant's Motion to Stay Preliminary Injunction Pending Appeal,

Plaintiff's response thereto and review of the record, it is this _____ day of

_____, 2003, by the United States District Court for the District of

Maryland hereby

ORDERED that the Defendant's motion be, and hereby is, GRANTED.


_____
JUDGE,
United States District Court