IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
|    Plaintiffs | * |
| vs. | * CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
|    Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S MOTION FOR STAY OF PRELIMINARY INJUNCTION
PENDING APPEAL OR IN THE ALTERNATIVE
FOR ENTRY OF MODIFIED INJUNCTION**

Defendant Brian Barr, through his undersigned counsel, hereby moves the Court for Stay of Preliminary Injunction Pending Appeal, or in the Alternative, for Entry of Modified Injunction entered on May 6, 2003. In support of this motion, Defendant Barr hereby adopts and relies upon the memorandum in support of the motion to stay preliminary injunction pending appeal or in the alternative for modified injunction filed herein by defendant W. Craig Kenney and all exhibits, and documents upon which it relies.

DATED: May 12, 2003                    By:    */s/ Philip Friedman*

                                                              Philip Friedman (# 22766)
                                                              2401 Pennsylvania Avenue, NW
                                                              Suite 410
                                                              Washington, DC 20037
                                                               (202) 293-4175
                                                               (202) 318-0395 (fax)

                                                              Daniel Mulligan, Esq
                                                              Jenkins & Mulligan
                                                              660 Market St.

Third Floor
San Francisco, CA 94104

Attorneys for Defendant Brian Barr

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
| Plaintiffs | * |
| vs. | * CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER OF COURT UPON DEFENDANT BRIAN BARR'S MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL

Upon Defendant Brian Barr's Motion to Stay Preliminary Injunction Pending Appeal, Plaintiff's response thereto and review of the record, it is this _____ day of _____, 2003, by the United States District Court for the District of Maryland hereby

ORDERED that the Defendant Brian Barr's motion be, and hereby is, GRANTED.

_____
JUDGE,
United States District Court