IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
|    Plaintiffs | * |
| vs. | * CASE NO.:  AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
|    Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*

### SUPPLEMENTAL AFFIDAVIT OF W. CRAIG KENNEY

I, W. Craig Kenney, am over eighteen (18) years of age and competent to testify in a Court of Law.

1. I am the Defendant in this action and I make this Affidavit to supplement and correct an error in my previous Affidavit in Support of my Motion to Supplement Record on Appeal.

2. In my original affidavit, I mistakenly stated that, the CD filed in connection with the Motion was a true and accurate copy of the website www.conti-fairbanks.com as it appeared on May 6, 2003 when the Preliminary Injunction was entered.

3. Upon further review, the CD provided actually shows the website as it appeared on the morning of May 7, 2003.

4. I have discovered two modifications made to the website in the time between when the Preliminary Injunction was entered and May 7, 2003.

5. The first modification is that the May 7, 2003 version contains a comment placed throughout the website regarding the entry of the preliminary injunction.

6. The second modification is that on May 7, 2003 a new news article was mentioned in the "News and Updates" section of the website.

7. With the exception of those two minor modifications, all other portions of the website as it appeared on May 7, 2003 are identical to how it appeared at the time the Preliminary Injunction was entered.

8. I furthermore apologize for the error and any inconvenience my mistake has caused.

I HEREBY AFFIRM under penalty of perjury that the foregoing is true and correct.

        /s/ W. Craig Kenney
W. CRAIG KENNEY

STATE OF MARYLAND, COUNTY OF BALTIMORE, TO WIT:

I HEREBY CERTIFY, that on this 13th day of May, 2003, before me the subscriber, a Notary Public of the State of Maryland, personally appeared W. CRAIG KENNEY, and he made oath in due form of law, that the above is his act.

AS WITNESS my hand and Notarial Seal.

        /s/ Barton J. Sidle
Notary Public

My Commission Expires: March 11, 2004

Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.