IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
|    Plaintiffs | * |
| vs. | *   CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
|    Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**Notice of Service of Response to Motion to Compel**
**Non-Redacted Discovery Responses**

Defendant, W. Craig Kenney, by and through his undersigned counsel hereby notifies the Court, pursuant to Local Rule 104.8 that on this 13th day of May, 2003, Defendant served via first class mail, postage prepaid, his Response to Fairbanks Motion to Compel Non-Redacted Discovery Responses, copies of which are attached hereto to the following:

Frederick W. Chockley
Mark I. Bailen
Baker & Hostetler, LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Attorneys for Plaintiff

Philip Friedman
1735 New York Avenue, N.W.
Suite 500
Washington, D.C. 20006
Attorney for Defendant, Brian Barr

Daniel J. Mulligan
Jenkins & Mulligan
660 Market Street
Third Floor
San Francisco, California 94104
Attorney for Defendant, Brian Barr

 

_____
Barton J. Sidle
Federal Bar No.: 09315
9515 Deereco Road
Suite 902
Timonium, Maryland 21093
(410) 560-2800 (Office)
(410) 308-3135 (Fax)
Attorney for Defendant,
W. Craig Kenney