**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FAIRBANKS CAPITAL CORP.                    *

     Plaintiffs                                      *

vs.                                                         *          CASE NO.:  AMD 02 CV 2587

W. CRAIG KENNEY, et al.                         *

     Defendants                                  *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**Defendant W. Craig Kenney's Response to Plaintiff's**
**Motion to Compel Non-Redacted Discovery Responses**

Now comes, Defendant, W. Craig Kenney, by and through his undersigned counsel and hereby responds to Plaintiff's Motion to Compel Non-Redacted Discovery Responses  and represents:

1.     In the course of providing discovery responses, Defendant has redacted portions of various emails received related to Defendant's website, www.conti-fairbanks.com.

2.     The redacted information in the emails consists of the names and other identifying information of the senders. The actual content of the emails was not  redacted.

3.     Most of the senders of the emails are current borrowers with loans being serviced by Plaintiff.

4.     It is plainly evident by the content of the redacted emails that none of the communications present any evidence of any confusion regarding the purpose of the website or any mistaken belief that they were actually communicating with Plaintiff.  The actual email address or other identifying information of the senders is irrelevant.

5.     There is no evidence in the content of any of the emails that are relevant to any of the Plaintiff's claims.  Furthermore providing the identities of the senders will not lead to any additional discoverable information in this case. Providing the actual identities of the senders

would only expose them harassment, retaliatory actions or unnecessary further discovery by Plaintiff.

6.      If any communications exist where the identity of the sender is necessary or relevant to the issues in this complaint, Defendant requests Plaintiff specifically address the pertinent emails so they can be provided in their original format.

7.      Additionally, Defendant's Motion is untimely. Pursuant to Local Rule 108, a party shall serve a Motion to Compel within 30 days of the discovery response.

8.       Defendant provided his discovery response on February 4, 2003.  Plaintiff made no objection to the response until March 10, 2003.  Defendant timely responded to the objection and this Motion was not filed until April 17, 2003, more than 70 days after the discovery was provided.

WHEREFORE, Defendant respectfully requests this Honorable Court:

A.      Dismiss this Motion;

B.      Award Defendant all further relief this cause may require.

_____
Barton J. Sidle
Federal Bar No.: 09315
9515 Deereco Road
Suite 902
Timonium, Maryland 21093
(410) 560-2800 (Office)
(410) 308-3135 (Fax)

_____
Peter B. Langbord
FOLEY & MANSFIELD
595 E. Colorado Boulevard
Suite 418
Pasadena, California 91101
(626) 744-9359 (Office)
(626) 744-1702 (Fax)

Attorneys for Defendant,
W. Craig Kenney

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this _____ day of May 2003, a copy of the foregoing Response to Plaintiff's Motion to Compel Non-Redacted Discovery was mailed, postage prepaid to:

Frederick W. Chockley                                    Daniel J. Mulligan
Mark I. Bailen                                          Jenkins & Mulligan
Baker & Hostetler, LLP                                  660 Market Street
1050 Connecticut Avenue, N.W.                           Third Floor
Suite 1100                                              San Francisco, California 94104
Washington, D.C. 20036                                  Attorney for Defendant, Brian Barr
Attorneys for Plaintiff


Philip Friedman
FRIEDMAN LAW OFFICES, PLLC
1735 New York Avenue, N.W.
Suite 500
Washington, D.C. 20006


                                                        _____
                                                        Barton J. Sidle

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FAIRBANKS CAPITAL CORP.                    *

     Plaintiff                              *

vs.                                        *    CASE NO.:  AMD 02 CV 2587

W. CRAIG KENNEY et al                      *

     Defendants                             *

  *   *   *   *   *   *   *   *   *   *   *   *

### ORDER

    Upon Plaintiff's Motion to Compel Non-Redacted Discovery Responses, Defendant's

response thereto and review of the record, it is this _____ day of _____,

2003, by the United States District Court for the District of Maryland

    ORDERED, that Plaintiff's Motion be, and hereby is, Denied.


                                   _____
                                   JUDGE, U.S. District Court for the
                                   District of Maryland