# EXHIBIT 1

## HOW TO GET TV COVERAGE IN YOUR AREA (May 14, 2003)

We have been receiving many emails from borrowers asking how that can get their local TV stations to cover the PMI / Fairbanks story. Below are the steps that you need to take to insure coverage:

1 Contact your local NBC <u>and</u> CBS stations. Put your story in writing and physically deliver it to the station. Be sure to include the URL for this website in your letter www.servicingnews.com.

2 Contact us with the name and phone number of the reporter to you contacted. We will then put the stations in contact with other stations from around the country that have the same network affiliation. This way, your local stations will be able to get the footage and background information necessary to do the story.

3 We will contact your stations and give them additional borrowers who can be interviewed. The more borrowers who contact their local stations the better.

Go to Top
Go to Index
Home Page

# EXHIBIT 2

# Discussion Dec 2002

[ Home | Contents | Search | Post | Reply | Next | Previous | Up ]

---

## Escape from your misery

**From:** Gunther Hepperle Wells Fargo Home Mortgage
**Date:** 06 May 2003
**Time:** 07:24:03 -0700
**Remote Name:** 67.243.186.24

## Comments

I am an alternative lending specialist for Wells Fargo Home Mortgage, the worlds #1 mortgage lender. I have had several recent dealings with Fairbanks. I have been succesfull in helping the home owners refinance and pay off Fairbanks. Wells Fargo services all of our loans. We have won several national awards for our outstanding quality service. If I can help you overcome your disatisfaction with Fairbanks, please contact me at the toll free number below: Gunther Hepperle 1-866-207-6127 Email Gunther.Hepperle@WellsFargo.com

---

Last changed: 05/06/03

# EXHIBIT 3

# Conti-Fairbanks Discussion Forum

[ Home | Contents | Search | Post | Reply | Next | Previous | Up ]

---

## http://www.c-bass.com

**From:** FALCON
**Date:** 12 Jun 2002
**Time:** 12:00:51 -0700
**Remote Name:** 12.107.167.66

### Comments

C-BASS is the owner of Litton Loan, for those who care, the correct web address www.c-bass.com will take you to both c-bass and litton loan.

---

Last changed: 06/12/02