UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The Court, having considered Defendant W. Craig Kenney's Motion For Stay Pending Appeal Or In The Alternative For Modified Injunction and Defendant Brian Barr's Motion For Stay Of Preliminary Injunction Pending Appeal Or In The Alternative For Entry Of Modified Injunction, it is this ____ day of May, 2003

ORDERED, that the Motions be, and are hereby, DENIED.

_____
Andre M. Davis
United States District Judge