# EXHIBIT A

## NOTICE

May 6, 2003

**Federal Court finds in favor of Fairbanks Capital and against the rights that are guaranteed to you under the First Amendment of the U.S. Constitution.**

Yesterday, in what we view as a shocking and outrageous miscarriage of justice, a Federal Judge ordered that this web-site must cease and desist in its use of the name "Fairbanks" in its internet address. The same judge also ruled that our use of the "poster child" photograph constitutes an infringement upon a trademarked logo, and, as such, must be removed. The court's order mandates that we have ten-days in which to comply with its findings.

While we are disappointed with the actions of the subject court, you can rest assured that it is our intention to appeal this decision in every legal venue available to us. Because many of the legal responses that we have now set in motion must remain proprietary until they become public record, we will not necessarily be reporting each and every detail of the continuing war. We can, however, report to you that this case is <u>very</u> far from being over. And the resources necessary to accomplish our objectives are in place.

In order to assure that you will always have uninterrupted access to the information on this website, it is necessary that you IMMEDIATELY begin using the address **www.servicingnews.com** That address should be bookmarked and saved in the "favorites" file of your internet browser.

Case 1:02-cv-02587-AMD    Document 62-2    Filed 05/15/2003    Page 3 of 7

# EXHIBIT B

# Discussion Dec 2002

[ Home | Contents | Search | Post | Reply | Next | Previous | Up ]

---

## What A Disgrace

**From:** Kani Le'a
**Date:** 07 May 2003
**Time:** 07:57:26 -0700
**Remote Name:** 68.45.183.239

### Comments

I want to say that I am disgusted and appalled by the judges ruling in this matter. This is an African American federal judge who has in my opinion ruled against his own people. Craig Kenney has taken on corporate white America in order to see to it that minorities, seniors and the oppressed have a voice and a chance to fight these evil gangsters that target people who they feel don't have a chance against them. Shouldn't a judge rule according to the law instead of what they think is in their best interest as an appointed official? Shouldn't the title "Honorable" mean something especially to a man whose culture and heritage reaps of injustice in this country's history? I am sure this is something the NAACP will be interested in. What a disgrace this is to all the African American borrowers who have come to Craig for help and depended on this web site for information in order to help themselves in their fight to save their homes from Fairbanks Capital, to be slapped down by Uncle Tom. Martin Luther King would be real proud of this ruling. I wonder if I still have a right to my opinion or will this judge try to take that away.

---

Last changed: 05/07/03

# Discussion Dec 2002

[ Home | Contents | Search | Post | Reply | Next | Previous | Up ]

---

## Re: Found this on FB website

**From:** iLOVEitWHENtheTHEFTisTRANSPARENT
**Date:** 04 Apr 2003
**Time:** 02:32:23 -0700
**Remote Name:** 63.28.92.43

## Comments

It is especially nice how the GYPSY euro-trash will ask his investors/suckers for a few bucks to pay for your U-HAUL truck. It will not be forever, until the IRS/FBI "moving men" come to the park-city-house-that-ONGOING-CRIME-pays-for. Those unmarked cars driving by your house ARE doing "drive-by inspections" GYPSY. But, remember, GYPSY, real Americans need to know IF anyone REALLY "lives in the park city house." (Is the GYPSY double-charging for "legal fees?" Does the non-human charge YOU and its "investors/suckers" for the SAME services?) Maybe the "review" will find out.

---

Last changed: 04/04/03

# Conti-Fairbanks Discussion Forum

[ Home | Contents | Search | Post | Reply | Next | Previous | Up ]

---

## Re: Influence the Courts - deflect attention form the issue

**From:** Kani Le'a
**Date:** 06 Dec 2002
**Time:** 13:15:16 -0700
**Remote Name:** 68.45.183.239

### Comments

Let's face it. When Tommy was told what he would have to do to make himself look all warm and fuzzy he threw up. There isn't one human bone in his disgusting body. Does the term Anti-Christ ring a bell?

---

Last changed: 12/06/02

# Conti-Fairbanks Discussion Forum

[ Home | Contents | Search | Post | Reply | Next | Previous | Up ]

---

## Re: FB Terrorist corp.

**From:** hia
**Date:** 27 Oct 2002
**Time:** 17:15:27 -0700
**Remote Name:** 63.28.93.50

## Comments

Check out the banking connections between Aames Home Loans, unFairbanks, and the 911-hijackers......... They are ALL terrorists that want to destroy REAL Americans.

---

Last changed: 10/27/02