UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. AMD02CV2587 |
| | ) | |
| W. CRAIG KENNEY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The Court, having considered Defendant W. Craig Kenney's Motion To Supplement Record On Appeal and Defendant Brian Barr's Motion To Supplement Record On Appeal, it is this ____ day of May, 2003

ORDERED, that the Motions be, and are hereby, DENIED.

_____
Andre M. Davis
United States District Judge