UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. AMD 02 CV 2587 |
| | ) |
| W. CRAIG KENNEY, *et al.*, | ) |
| | ) |
| Defendants | ) |

**EXHIBIT 1 –SOURCECODE AND METATAGS FROM WWW.FAIRBANKSCAPITAL.COM AS OF MAY 19, 2003**

```
<html>
<head>
<title>Welcome to Fairbanks Capital Corp.</title>

<meta name="description" content="Headquartered in Salt Lake City, Utah, we are a nationally recognized
leader in the servicing and special servicing of single-family residential mortgage loans. We currently
operate four servicing facilities in the United States and employ over 2,300 employees. Our mission over
the last two years has been to follow a controlled growth strategy that has led us to become one of the
largest servicers of impaired credit residential mortgage loans in the U.S." />

<meta name="keywords" content="fairbanks, capital, corp., corp, loan, loans, servicing, servicer, sub-
servicing, non-prime, nonprime, impaired, credit, residential, mortgage" />

<link rel="stylesheet" href="/_css/main.css" />

</head>

<!-- BEGIN HEADER -->

<body bgcolor="#ffffff" topmargin="15" leftmargin="10" marginheight="15" marginwidth="10"
onresize="doReload();">

<script language="javascript" type='text/javascript'>

//HV Menu v5- by Ger Versluis (http://www.burmees.nl/)
//Submitted to Dynamic Drive (http://www.dynamicdrive.com)
//Visit http://www.dynamicdrive.com for this script and more

function Go(){return}

</script>
<script language="javascript" type='text/javascript' src='/_scripts/menu_var.js'></script>
<script language="javascript" type='text/javascript' src='/_scripts/menu_com.js'></script>
```

```
<script language="JavaScript" src="/_scripts/functions.js"></script>

<table align="center" width="627" cellpadding="0" cellspacing="0" border="0">
 <tr>
  <td><img src="/images/jpg/fcc.jpg" border="0" height="122" width="627" alt=""></td>
 <tr>
</table>

<table width="600" align="center" cellpadding="0" cellspacing="0" border="0">
 <tr valign="top">
  <td width="1" bgcolor="#CFC489"><br /> </td>
  <td width="1"><br> </td>
  <td width="1" bgcolor="#CFC489"><br /> </td>
  <td width="1"><br> </td>
  <td width="1" bgcolor="#CFC489"><br /> </td>
  <td width="1"><br> </td>
  <td width="1" bgcolor="#EFE4A9"><br /> </td>
  <td width="1"><br> </td>
  <td width="1" bgcolor="#EFE4A9"><br /> </td>
  <td width="1"><br> </td>
  <td width="1" bgcolor="#EFE4A9"><br /> </td>
  <td width="1"><br> </td>
  <td width="1" bgcolor="#EFE4A9"><br /> </td>

  <td width="21"> </td>

  <td width="544">

   <br />

<!-- END HEADER -->

<!-- -------- Page content starts here -------- -->

<br />

<table align="center" cellpadding="0" cellspacing="0" border="0">
 <tr valign="top">
 <td>

  <img src="/images/jpg/welcome.jpg" width="272" height="319" alt="Welcome" /><br />

 </td>
 <td width="10"> </td>
 <td align="right">

  <img src="/images/gif/spacer.gif" width="1" height="15" alt="" /><br />

  <img src="/images/jpg/slc.jpg" width="262" height="302" alt="SLC, UT"><br />
```

```
<!--
   <img src="/images/jpg/owl.jpg" width="281" height="280" alt=""><br />
-->

  </td>
 </tr>
</table>

<br />

<table align="center" cellpadding="0" cellspacing="0" border="0">
 <tr valign="top">
  <td>

   <img src="/images/jpg/family.jpg" width="272" height="255" alt="" /><br />

  </td>
  <td width="10"><img src="/images/gif/spacer.gif" width="10" height="1" alt="" /></td>
  <td>

   <img src="/images/gif/news.gif" width="71" height="21" vspace="7" alt="News:" /><br />

   <table align="center" width="262" height="215" cellpadding="7" cellspacing="0" border="0"
background="/images/gif/newsbg.gif">
    <tr valign="top">
     <td>

<script language="JavaScript1.2">
<!--
/*
Pausing updown message scroller-
© Dynamic Drive (www.dynamicdrive.com)
For full source code, installation instructions,
Terms Of Use, visit http://www.dynamicdrive.com
*/

//configure the below five variables to change the style of the scroller
var scrollerwidth=240
var scrollerheight=175
var scrollerbgcolor=''
//set below to '' if you don't wish to use a background image
var scrollerbackground=''

//configure the below variable to change the contents of the scroller
var messages=new Array()
messages[0]='Fairbanks names new Chairman and CEO<br /> <a href="/about/releases/050803-
chairmanceo.htm" class="smStyle">More &#187;</a>'
messages[1]='Statement on Standard & Poor\'s Rating Change<br /> <a
href="/about/releases/050103-spratingstatement.htm" class="smStyle">More &#187;</a>'
messages[2]='How to weather a financial crisis and still keep your home and your sanity<br /> <a
href="/about/releases/borrowertips.htm" class="smStyle">More &#187;</a>'
messages[3]='Fitch Ratings Comments on Fairbanks\' Legal & Regulatory Issues<br /> <a
href="/about/releases/033103-fitchcomment.htm" class="smStyle">More &#187;</a>'
```

```
messages[4]='Fairbanks Capital Corp. Confirms HUD and FTC Initiation of Reviews of Non-Prime
Servicing<br /> <a href="/about/releases/032703-hudftc.htm" class="smStyle">More &#187;</a>'
messages[5]='Fairbanks Capital Corp. launches Client Data Mart<br /> <a
href="/about/releases/101602-datamartlaunch.htm" class="smStyle">More &#187;</a>'
messages[6]='Booming business prompts mortgage servicing firm to expand by 55,000 feet<br /> <a
href="/about/releases/industrynews/120902-slenterprise.htm" class="smStyle">More &#187;</a>'
messages[7]='Counseling Partnerships Help Borrowers Cope with Hard Times<br /> <a
href="/about/releases/industrynews/sandy.htm" class="smStyle">More &#187;</a>'

///////Do not edit pass this line///////////////////////

var ie=document.all&&navigator.userAgent.indexOf("Opera")==-1
var dom=document.getElementById&&navigator.userAgent.indexOf("Opera")==-1

if (messages.length>2)
 i=2
else
 i=0

function move1(whichlayer) {
 tlayer=eval(whichlayer)
 if (tlayer.top>0&&tlayer.top<=5) {
  tlayer.top=0
  setTimeout("move1(tlayer)",3000)
  setTimeout("move2(document.main.document.second)",3000)
  return
 }
 if (tlayer.top>=tlayer.document.height*-1) {
  tlayer.top-=5
  setTimeout("move1(tlayer)",50)
 }
 else {
  tlayer.top=scrollerheight
  tlayer.document.write(messages[i])
  tlayer.document.close()
  if (i==messages.length-1)
   i=0
  else
   i++
 }
}

function move2(whichlayer) {
 tlayer2=eval(whichlayer)
 if (tlayer2.top>0&&tlayer2.top<=5) {
  tlayer2.top=0
  setTimeout("move2(tlayer2)",3000)
  setTimeout("move1(document.main.document.first)",3000)
  return
 }
 if (tlayer2.top>=tlayer2.document.height*-1) {
  tlayer2.top-=5
  setTimeout("move2(tlayer2)",50)
 }
```

```
  else {
   tlayer2.top=scrollerheight
   tlayer2.document.write(messages[i])
   tlayer2.document.close()
   if (i==messages.length-1)
    i=0
   else
    i++
  }
 }

 function move3(whichdiv) {
  tdiv=eval(whichdiv)
  if (parseInt(tdiv.style.top)>0&&parseInt(tdiv.style.top)<=5) {
   tdiv.style.top=0
   setTimeout("move3(tdiv)",3000)
   setTimeout("move4(second2_obj)",3000)
   return
  }
  if (parseInt(tdiv.style.top)>=tdiv.offsetHeight*-1) {
   tdiv.style.top=parseInt(tdiv.style.top)-5
   setTimeout("move3(tdiv)",50)
  }
  else {
   tdiv.style.top=scrollerheight
   tdiv.innerHTML=messages[i]
   if (i==messages.length-1)
    i=0
   else
    i++
  }
 }

 function move4(whichdiv) {
  tdiv2=eval(whichdiv)
  if (parseInt(tdiv2.style.top)>0&&parseInt(tdiv2.style.top)<=5) {
   tdiv2.style.top=0
   setTimeout("move4(tdiv2)",3000)
   setTimeout("move3(first2_obj)",3000)
   return
  }
  if (parseInt(tdiv2.style.top)>=tdiv2.offsetHeight*-1) {
   tdiv2.style.top=parseInt(tdiv2.style.top)-5
   setTimeout("move4(second2_obj)",50)
  }
  else {
   tdiv2.style.top=scrollerheight
   tdiv2.innerHTML=messages[i]
   if (i==messages.length-1)
    i=0
   else
    i++
  }
 }

 function startscroll() {
```

```
  if (ie||dom) {
   first2_obj=ie? first2 : document.getElementById("first2")
   second2_obj=ie? second2 : document.getElementById("second2")
   move3(first2_obj)
   second2_obj.style.top=scrollerheight
   second2_obj.style.visibility='visible'
  }
  else if (document.layers) {
   document.main.visibility='show'
   move1(document.main.document.first)
   document.main.document.second.top=scrollerheight+5
   document.main.document.second.visibility='show'
  }
 }


// -->
</script>


<ilayer id="main" width=&{scrollerwidth}; height=&{scrollerheight}; bgColor=&{scrollerbgcolor};
background=&{scrollerbackground}; visibility=hide>
<layer id="first" left=0 top=1 width=&{scrollerwidth};>
<script language="JavaScript1.2">
<!--

if (document.layers)
 document.write(messages[0])

// -->
</script>
</layer>
<layer id="second" left=0 top=0 width=&{scrollerwidth}; visibility=hide>
<script language="JavaScript1.2">
<!--

if (document.layers)
 document.write(messages[dyndetermine=(messages.length==1)? 0 : 1])

// -->
</script>
</layer>
</ilayer>

<script language="JavaScript1.2">
<!--

if (ie||dom) {
 document.writeln('<div id="main2"
style="position:relative;width:'+scrollerwidth+';height:'+scrollerheight+';overflow:hidden;background-
color:'+scrollerbgcolor+' ;background-image:url('+scrollerbackground+')">')
 document.writeln('<div
style="position:absolute;width:'+scrollerwidth+';height:'+scrollerheight+';clip:rect(0 '+scrollerwidth+'
'+scrollerheight+' 0);left:0;top:0">')
 document.writeln('<div id="first2" style="position:absolute;width:'+scrollerwidth+';left:0;top:1;">')
 document.write(messages[0])
```

```
  document.writeln('</div>')
  document.writeln('<div id="second2"
style="position:absolute;width:'+scrollerwidth+';left:0;top:0;visibility:hidden">')
  document.write(messages[dyndetermine=(messages.length==1)? 0 : 1])
  document.writeln('</div>')
  document.writeln('</div>')
  document.writeln('</div>')
}

// -->
</script>

    </td>
   </tr>
  </table>


 </td>
 </tr>
</table>



<!-- -------- Page content ends here -------- -->


<!-- BEGIN FOOTER -->

    <br />

   <td width="21"> <br /> </td>
   <td width="1" bgcolor="e0e0e0"><br /> </td>
   </td>
  </tr>
</table>



<!--

NOTE: the footer navigation menu is structured such that we fully qualify the links if we are in an ssl
section so that
if user comes out of ssl section, they don't end up browsing the rest of the website under ssl

-->



<table align="center" width="600" cellpadding="0" cellspacing="5" border="0">
<tr>
<td align="center">
<br />
<hr size="1" width="95%" align="right">
<span class="smMenuDot">
<b>
<a href="javascript:navigate('/')"
```

```
onMouseOver="window.status='Home'; return true;" onMouseOut="window.status=' '; return true;"
class="smMenu">Home</a> &#149;

<a href="javascript:navigate('/about/')"
onMouseOver="window.status='Our Company'; return true;" onMouseOut="window.status=' '; return
true;"
class="smMenu">Our Company</a> &#149;

<a href="javascript:navigate('/services/customer/')"
onMouseOver="window.status='Customer Services'; return true;" onMouseOut="window.status=' '; return
true;"
class="smMenu">Customer Services</a> &#149;

<a href="javascript:navigate('/services/investor/')"
onMouseOver="window.status='Investor Services'; return true;" onMouseOut="window.status=' '; return
true;"
class="smMenu">Investor Services</a> &#149;

<a href="javascript:navigate('/services/partner/')"
onMouseOver="window.status='Business Partners'; return true;" onMouseOut="window.status=' '; return
true;"
class="smMenu">Business Partners</a><BR>

<a href="javascript:navigate('/hr/careers/')"
onMouseOver="window.status='Career Opportunities'; return true;" onMouseOut="window.status=' ';
return true;"
class="smMenu">Career Opportunities</a> &#149;

<a href="javascript:navigate('/contact/')"
onMouseOver="window.status='Contact Us'; return true;" onMouseOut="window.status=' '; return true;"
class="smMenu">Contact Us</a> &#149;

<a href="javascript:navigate('/terms/')"
onMouseOver="window.status='Terms and Conditions'; return true;" onMouseOut="window.status=' ';
return true;"
class="smMenu">Terms &amp; Conditions</a> &#149;

<a href="javascript:navigate('/terms/')"
onMouseOver="window.status='Privacy'; return true;" onMouseOut="window.status=' '; return true;"
class="smMenu">Privacy</a> &#149;

<a href="https://mail.fairbankscapital.com/exchange/"
onMouseOver="window.status='FCC WebMail'; return true;" onMouseOut="window.status=' '; return
true;"
class="smMenu">FCC WebMail</a> &#149;

<a href="http://portal.fairbankscapital.com/"
onMouseOver="window.status='FP'; return true;" onMouseOut="window.status=' '; return true;"
class="smMenu">FP</a><br />
</b>
</span>

</td>
</tr>
</table>
```

```
<script language="javascript">
<!--

function navigate(where) {

  var urlPrepend = "";

  if (window.location.protocol == "https:") {

    urlPrepend = "http://" + window.location.host;

  }

  window.location = urlPrepend + where;

}

//-->
</script>

<!-- END FOOTER -->

<script language="javascript">
<!--

startscroll();

// -->
</script>

</body>
</html>
```