IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
|    Plaintiffs | * |
| vs. | *   CASE NO.:  AMD 02 CV 2587 |
| W. CRAIG KENNEY, et al. | * |
|    Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF APPEAL

    Defendant W. Craig Kenney hereby appeals from the preliminary injunction issued in this case on May 6, 2003, and from all previous orders that are merged into that order.

Respectfully submitted,

DATED: May 21, 2003           By:   */s/ Barton J. Sidle*
                                                Barton J. Sidle (#09315)
                                                9515 Deereco Road
                                                Suite 902
                                                Timonium, Maryland 21093
                                                (410) 560-2800
                                                (410) 308-3035 (fax)

                                        By:   */s/ Peter B. Langbord*
                                                Peter B. Langbord
                                                FOLEY & MANSFIELD
                                                595 E. Colorado Boulevard
                                                Suite 418
                                                Pasadena, California 91101
                                                (626) 744-9359 (Office)
                                                (626) 744-1702 (Fax)

By: <u>/s/ *Paul Alan Levy*</u>
   Paul Alan Levy (DC Bar 946400)
   Public Citizen Litigation Group
   1600 - 20th Street, N.W.
   Washington, D.C. 20009
   (202) 588-1000

   Attorneys for Defendant
     W. Craig Kenney