## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FAIRBANKS CAPITAL CORP. | * |
| Plaintiffs | * |
| vs. | *CASE NO.: AMD 02 CV 2587 |
| W. CRAIG KENNEY | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEAL**

Defendant Brian Barr hereby appeals from the preliminary injunction issued in this case on May 6, 2003, and from all previous orders that are merged into that order.

Respectfully submitted,

DATED: May 23, 2003

By: __/s/ Philip Friedman__
Philip Friedman (# 22766)
2401 Pennsylvania Avenue, NW
Suite 410
Washington, DC 20037
(202) 293-4175
(202) 318-0395 (fax)

Daniel Mulligan, Esq
Jenkins & Mulligan
660 Market St.
Third Floor
San Francisco, CA 94104

Attorneys for Defendant Brian Barr