IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | Civil No. AMD 02-2587 |
| W. CRAIG KENNEY, et al., | : | |
|     Defendants | : | |
| | : | |

...o0o...

ORDER

In accordance with the Memorandum and Order filed on May 6, 2003, it is this 11th day of June, 2003, by the United States District Court for the District of Maryland,

ORDERED

That pursuant to Fed.R.Civ.P. 65(c), plaintiff shall file a bond in respect to the preliminary injunction entered in this case in the penalty amount of $5000 on or before June 25, 2003.

/s/
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE