UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. <u>AMD 02 CV 2587</u> |
| | ) | |
| W. CRAIG KENNEY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The Parties, by their undersigned counsel, hereby stipulate that the above-captioned matter shall be DISMISSED with prejudice.

Dated: June 12, 2003

<u>/s/ Frederick W. Chockley</u>
Frederick W. Chockley (#04278)
Mark I. Bailen (#13805)
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Attorneys for Plaintiff

<u>/s/ Barton J Sidle</u>
Barton J. Sidle (#09315)
9515 Deereco Road
Suite 902
Timonium, MD 21093
(410) 560-2800
(410) 308-3135 (fax)

Peter B. Langbord
FOLEY & MANSFIELD
595 E. Colorado Boulevard
Suite 418
Pasadena, California 91101
(626) 744-9359
(626) 744-1702 (fax)

Paul Alan Levy (DC Bar 946400)
Public Citizen Litigation Group
1600-20th Street, N.W.
Washington, DC  20009
(202) 588-1000
(202) 588-7795 (fax)

Attorneys for Defendant
  W. Craig Kenney


*/s/ Philip Friedman*
Philip Friedman (#22766)
FRIEDMAN LAW OFFICES, PLLC
1735 New York Avenue, NW
Suite 500
Washington, DC  20006
(202) 293-4175
(202) 331-1024 (fax)

Daniel Mulligan
Jenkins & Mulligan
660 Market Street
Third Floor
San Francisco, CA 94104

Attorneys for Defendant Brian Barr



It is so ordered this ____ day of June, 2003.


                                              _____
                                              United States District Judge