UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. <u>AMD 02 CV 2587</u> |
| | ) | |
| W. CRAIG KENNEY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The Parties, by their undersigned counsel, hereby stipulate that the above-captioned matter shall be DISMISSED with prejudice.

Dated: June 12, 2003

*/s/ Frederick W. Chockley*
Frederick W. Chockley (#04278)
Mark I. Bailen (#13805)
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Attorneys for Plaintiff

*/s/ Barton J Sidle*
Barton J. Sidle (#09315)
9515 Deereco Road
Suite 902
Timonium, MD 21093
(410) 560-2800
(410) 308-3135 (fax)

Peter B. Langbord
FOLEY & MANSFIELD
595 E. Colorado Boulevard
Suite 418
Pasadena, California 91101
(626) 744-9359
(626) 744-1702 (fax)

Paul Alan Levy (DC Bar 946400)
Public Citizen Litigation Group
1600-20th Street, N.W.
Washington, DC  20009
(202) 588-1000
(202) 588-7795 (fax)

Attorneys for Defendant
 W. Craig Kenney


*/s/ Philip Friedman*
Philip Friedman (#22766)
FRIEDMAN LAW OFFICES, PLLC
1735 New York Avenue, NW
Suite 500
Washington, DC  20006
(202) 293-4175
(202) 331-1024 (fax)

Daniel Mulligan
Jenkins & Mulligan
660 Market Street
Third Floor
San Francisco, CA 94104

Attorneys for Defendant Brian Barr



    It is so ordered this 12th day of June, 2003.
  The Clerk shall CLOSE THIS CASE.

                                  /s/_ANDRE M. DAVIS_____
                                  United States District Judge